# ALABAMA COURT OF CRIMINAL APPEALS



November 7, 2025

**CR-2025-0485**

Cleveland Turner, Jr. v. State of Alabama (Appeal from Talladega Circuit Court: CC-85-189.63)

## <u>NOTICE</u>

You are hereby notified that on November 7, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk